■ RICHARD GILISON et al., Appellants, v ROBERT BONERBA, as Chief Building Official of the Town of Smithtown, Respondent.—Judgment unanimously affirmed with costs for reasons

stated in decision at Supreme Court, Lama, J. (Appeal from judgment of Supreme Court, Suffolk County, Lama, J.—art 78.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.